IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

DAVID EGGLESTON,
          *Plaintiff,*

v.

CATHY SURGEY AND CAZ CRAFFY,
          *Defendants.*

1:23-cv-01659 (MSN/WEF)

## ORDER

This matter comes before the Court on the Report and Recommendation issued by Magistrate Judge William E. Fitzpatrick on September 17, 2025 (ECF 44) ("Report and Recommendation").

Based on a *de novo* review of the evidence in this case, having reviewed the Report and Recommendation, and having received no objections thereto, it appears to the Court that the Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge and it is hereby

**ORDERED** that the Recommendation is **APPROVED** and **ADOPTED**; and it is further

**ORDERED** that Plaintiff's Motion for Default Judgment (ECF 214) is **GRANTED IN PART**; and it is further

**ORDERED** that default judgment is **DENIED** as to Defendants Surgey and Craffy on Count 1 (Common Law Fraud in the Inducement of a Contract); and it is further

**ORDERED** that default judgment is **GRANTED** as to Defendants Surgey and Craffy on Count 2 (Common Law Actual Fraud); and it is further

**ORDERED** that default judgment is **DENIED** as to Defendants Surgey and Craffy on Count 3 (Civil Conspiracy to Injure Reputation, Trade, Business or Profession in Violation of Va. Code Ann. §§ 18.2-499 and 500); and it is further

**ORDERED** that default judgment is **GRANTED** as to Defendant Surgey and Craffy on the alternative theory alleged in Count 3 (Common Law Conspiracy to Commit Fraud); and it is further

**ORDERED** that Plaintiff is **AWARDED** compensatory damages in the amount of $63,451.74 for which Defendants Surgey and Craffy are jointly and severally liable; and it is further

**ORDERED** that Coinbase shall return to Plaintiff the $19,532.98 in Bitcoin frozen in Plaintiff's Coinbase wallet. If Coinbase returns Plaintiff's Bitcoin, then Defendants Surgey and Craffy shall be given a credit toward the compensatory damages award in the amount returned, but not to exceed $19,532.98; and it is further

**ORDERED** that Plaintiff is awarded punitive damages in the amount of $350,000 for which Defendant Craffy is jointly and severally liable for the full amount, and Defendant Surgey is jointly and severally liable for $75,000; and it is further

**ORDERED** that Plaintiff is awarded prejudgment interest on the compensatory damages award of $63,451.74 from April 15, 2023 to the date of the entry of this Order, at the annual rate of 6% established by Va. Code Ann. § 6.2-302, for which Defendants Surgey and Craffy are jointly and severally liable; and it is further

**ORDERED** that Plaintiff is awarded post-judgment interest on the full award for which Defendants Surgey and Craffy are jointly and severally liable, at the rate established by 28 U.S.C. § 1961; and it is further

**ORDERED** that Plaintiff is awarded $38,129.50 in attorney's fees and costs for which both Defendant Surgey and Craffy are jointly and severally liable; and it is further

**ORDERED** that this civil action is dismissed in all other respects.

It is **SO ORDERED.**

The Clerk of Court is directed to terminate this civil action and to forward a copy of this Order to counsel of record and Defendants *pro se* at their last known addresses.

/s/
Michael S. Nachmanoff
United States District Judge

October 1, 2025
Alexandria, Virginia